FELICE JOHN VITI, Acting United States Attorney (#7007)
JOEY L. BLANCH, Assistant United States Attorney (#1665)
RACHEL L. ROTHBERG, Trial Attorney, DOJ CEOS (California #331595)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: joey.blanch2@usdoj.gov
       rachel.rothberg@usdoj.gov

FILED US District Court-UT
SEP 10 '25 PM 12:09

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM JAMES PURDY, <br><br> Defendant. | FIRST SUPERSEDING INDICTMENT <br><br> CASE NO. 2:25-cr-00277 DS <br><br> **Counts 1-2**: 18 U.S.C. §§ 2251(c)(1), (e) - Sexual Exploitation of Children <br><br> **Count 3**: 18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct <br><br> **Counts 4-18**: 18 U.S.C. §§ 2423(c), (e) - Engaging in and Attempting to Engage in Illicit Sexual Conduct in Foreign Places <br><br> **Counts 19-20**: 18 U.S.C. §§ 2423(c), (e) - Attempting to Engage in Illicit Sexual Conduct in Foreign Places |

The Grand Jury Charges:

### COUNT 1
18 U.S.C. §§ 2251(c)(1), (e)
Sexual Exploitation of Children:
Production of Child Pornography Outside the United States

Between in or about January 2020, and in or about March 2023, within the District of Utah and elsewhere,

WILLIAM JAMES PURDY,

defendant herein, employed, used, persuaded, induced, enticed and coerced Minor Victim A, a person under 18 years of age, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), outside of the United States, its territories, and possessions, for the purpose of producing a visual depiction of such conduct, and defendant PURDY intended such visual depiction to be transported to the United States, its territories, and possessions, by any means, including by using any means and facility of interstate and foreign commerce and mail, and transported such visual depiction to the United States, its territories, and possessions by any means, including by using any means and facility of interstate and foreign commerce and mail, and attempted to do so; all in violation of 18 U.S.C. §§ 2251(c)(1), (e).

### COUNT 2
18 U.S.C. §§ 2251(c)(1), (e)
Sexual Exploitation of Children:
Production of Child Pornography Outside the United States

Between in or about January 2020, and in or about March 2023, within the District of Utah and elsewhere,

2

WILLIAM JAMES PURDY,

defendant herein, employed, used, persuaded, induced, enticed and coerced Minor Victim B, a person under 18 years of age, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), outside of the United States, its territories, and possessions, for the purpose of producing a visual depiction of such conduct, and defendant PURDY intended such visual depiction to be transported to the United States, its territories, and possessions, by any means, including by using any means and facility of interstate and foreign commerce and mail, and transported such visual depiction to the United States, its territories, and possessions by any means, including by using any means and facility of interstate and foreign commerce and mail, and attempted to do so; all in violation of 18 U.S.C. §§ 2251(c)(1), (e).

## COUNT 3
18 U.S.C. § 2423(b)
Travel with Intent to Engage in Illicit Sexual Conduct

Between in or about December 2019, and in or about March 2023, in the District of Utah and elsewhere,

WILLIAM JAMES PURDY,

defendant herein, a United States citizen, traveled in interstate and foreign commerce, with a motivating purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person under 18 years of age; all in violation of 18 U.S.C. § 2423(b).

# COUNTS 4-18
18 U.S.C. §§ 2423(c), (e)
Engaging in and Attempting to Engage in Illicit Sexual Conduct in Foreign Places

In separate instances on or about the dates set forth below, within the District of Utah and elsewhere,

## WILLIAM JAMES PURDY,

defendant herein, a United States citizen, traveled in foreign commerce, and resided, temporarily and permanently, in a foreign country, and engaged in illicit sexual conduct as defined in 18 U.S.C. § 2423(f), with different minors, set forth below, and attempted to do so;

| Count | Date | Minor |
|---|---|---|
| 4 | Between in or about January 2020, and in or about March 2023 | Minor Victim A (born in 2005) |
| 5 | Between in or about January 2020, and in or about March 2023 | Minor Victim B (born in 2006) |
| 6 | Between in or about February 2017, and in or about November 2018 | Minor Victim C (Born in 2008) |
| 7 | Between in or about December 2019, and in or about March 2023 | Minor Victim C (Born in 2008) |
| 8 | Between in or about February 2017, and in or about November 2018 | Minor Victim D (born in 2007) |
| 9 | Between in or about December 2019, and in or about March 2023 | Minor Victim D (born in 2007) |
| 10 | Between in or about February 2017, and in or about November 2018 | Minor Victim E (born in 2007) |
| 11 | Between in or about December 2019, and in or about March 2023 | Minor Victim E (born in 2007) |
| 12 | Between in or about January 2020, and in or about March 2023 | Minor Victim F (born in 2005) |
| 13 | Between in or about January 2020, and in or about March 2023 | Minor Victim G (born in 2006) |

| 14 | Between in or about January 2020, and in or about March 2023 | Minor Victim H (born in 2008) |
| --- | --- | --- |
| 15 | Between in or about January 2020 and in or about March 2023 | Minor Victim I (born in 2009) |
| 16 | Between in or about February 2017, and in or about November 2018 | Minor Victim J (born in 2006) |
| 17 | Between in or about December 2021, and in or about April 2022 | Minor Victim K (born in 2006) |
| 18 | Between in or about May 2022, and in or about October 2022 | Minor Victim L (born in 2014) |

all in violation of 18 U.S.C. §§ 2423(c), (e).

## COUNTS 19-20
18 U.S.C. §§ 2423(c), (e)
Attempting to Engage in Illicit Sexual Conduct in Foreign Places

Between in or about January 2020, and in or about March 2023, within the District of Utah and elsewhere,

WILLIAM JAMES PURDY,

defendant herein, a United States citizen, traveled in foreign commerce, and resided, temporarily and permanently, in a foreign country, and attempted to engage in illicit sexual conduct as defined in 18 U.S.C. § 2423(f), with different minors, set forth below;

| Count | Minor |
| --- | --- |
| 19 | Minor Victim M (born in 2008) |
| 20 | Minor Victim N (born in 2005) |

all in violation of 18 U.S.C. §§ 2423(c), (e).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2251, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- A Predator Laptop PH315-52-710B [S/N NHQ53AA003944017D32600] seized from WILLIAM JAMES PURDY on or about August 24, 2023
- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

Pursuant to 18 U.S.C. § 2428, upon conviction of any offense violating 18 U.S.C. § 2422 or 2423, the defendant(s) shall forfeit to the United States of America (i) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (ii) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation. The property to be forfeited includes, but is not limited to:

- A Predator Laptop PH315-52-710B [S/N NHQ53AA003944017D32600] seized from WILLIAM JAMES PURDY on or about August 24, 2023

- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

*Rachel L. Rothberg*
JOEY L. BLANCH
Assistant United States Attorney
RACHEL L. ROTHBERG
Trial Attorney